UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE ROSENBLATT, an individual,<br><br>           Plaintiff,<br>   v.<br><br>SYED DOHA, an individual, HEINER FRIEDRICH, an individual, MELOTHE, INC., a Florida corporation, OFLO VIDEO, INC., a Florida corporation, PIXELLUTION, INC., a Florida corporation, OFLO, INC., a Delaware corporation, MIENT, INC., a New York corporation, LISA SHERIDAN-DOHA, an individual, CARITAS DOHA, an individual, and DOES 1-10;<br><br>           Defendants. | CASE NO. 12-CV-1991<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, John Du Wors, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Jesse Rosenblatt in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Washington and California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully submitted,

Applicant Signature

John Du Wors
Newman Du Wors LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
duwors@newmanlaw.com
Phone : (206) 274-2800
Fax: (206) 274-2801

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE ROSENBLATT, an individual, | CASE NO. 12-CV-1991 |
| Plaintiff, | |
| v. | **ORDER FOR ADMISSION PRO HAC VICE** |
| SYED DOHA, an individual, HEINER FRIEDRICH, an individual, MELOTHE, INC., a Florida corporation, OFLO VIDEO, INC., a Florida corporation, PIXELLUTION, INC., a Florida corporation, OFLO, INC., a Delaware corporation, MIENT, INC., a New York corporation, LISA SHERIDAN-DOHA, an individual, CARITAS DOHA, an individual, and DOES 1-10; | |
| Defendants. | |

The motion of John Du Wors, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Washington and California; and that his/her contact information is as follows:

Applicant's Name: <u>John Du Wors</u>

Firm Name: <u>Newman Du Wors LLP</u>

Address: <u>1201 Third Avenue, Suite 1600</u>

City / State / Zip: <u>Seattle, WA  98101</u>

Telephone / Fax: Tel:  <u>(206) 274-2800; Fax: (206) 274-2801</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Jesse Rosenblatt in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____, 2012.


_____
United State District/Magistrate Judge

## THE STATE BAR OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 2, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN DAVID DUWORS, #233913 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

# CERTIFICATION OF CURRENT STATUS

March 29, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **John David Du Wors**, WSBA ID# **33987** was admitted to the practice of law in this state by the Supreme Court of Washington on **October 20 2003**, and is, as of today's date, an **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE ROSENBLATT, an individual, | CASE NO. 12-CV-1991 |
| Plaintiff, | **AFFIRMATION OF SERVICE** |
| v. | |
| SYED DOHA, an individual, HEINER FRIEDRICH, an individual, MELOTHE, INC., a Florida corporation, OFLO VIDEO, INC., a Florida corporation, PIXELLUTION, INC., a Florida corporation, OFLO, INC., a Delaware corporation, MIENT, INC., a New York corporation, LISA SHERIDAN-DOHA, an individual, CARITAS DOHA, an individual, and DOES 1-10; | |
| Defendants. | |

I, Lindsey Rowson, declare under penalty of perjury that I have served a copy of the following documents

- Motion for Admission Pro Hac Vice
- Order for Admission Pro Hac Vice
- Washington State Bar Association Certificate of Standing
- California State Bar Association Certificate of Standing

upon Robert J. Hantman & Zachary Kozak, whose address is 1515 Broadway, 11th Floor, New York, NY, 10036, by US Mail.

Dated:  Seattle, WA

April 9, 2012.

_____
Signature

1201 3rd Avenue, Suite 1600
Seattle, WA 98101
(206) 274-2800

- 1 -