UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSE ROSENBLATT, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>SYED DOHA, an individual, HEINER FRIEDRICH, an individual, MELOTHE, INC., a Florida corporation, OFLO VIDEO, INC., a Florida corporation, PIXELLUTION, INC., a Florida corporation, OFLO, INC., a Delaware corporation, MIENT, INC., a New York corporation, LISA SHERIDAN-DOHA, an individual, CARITAS DOHA, an individual, and DOES 1-10,<br><br>          Defendants. | CASE NO. 12-CV-1991(AT)<br><br>ECF Case<br><br><br>**REPLY DECLARATION OF EDWIN F. CHOCIEY, JR.** |

   I, Edwin F. Chociey, Jr., of full age, pursuant to 28 U.S.C. §1746, hereby certify as follows:

   1. I am an attorney at law in the State of New Jersey, a member of the bar of this Court and a member of Riker, Danzig, Scherer, Hyland & Perretti LLP, attorneys for defendants. This Reply Declaration is submitted in further support of defendants' partial summary judgment motion.

   2. Attached hereto as Exhibit A are true and correct copies of certain pages of the deposition transcript of defendant Syed Doha in this action. For the Court's convenience, the following pages referred to in Defendants' Statement of Material Facts in Response to Plaintiff's Partial Summary Judgment Motion Pursuant to Local Civil Rule 56.1 are included within Exhibit A: 18-25, 82-89, 158-165 and 200-219. (DE 89)

3. Attached hereto as Exhibit B is a true and correct copy of the word index of the February 27, 2013 deposition transcript of defendant Syed Doha in this action.

4. Attached hereto as Exhibit C is a true and correct copy of the word index of the February 28, 2013 deposition transcript of defendant Syed Doha in this action.

5. Attached hereto as Exhibit D is a true and correct copy of the word index of the May 1, 2013 deposition transcript of plaintiff Jesse Rosenblatt in this action.

6. Attached hereto as Exhibit E is a true and correct copy of the complaint in Lauria v. Heffernan, 607 F. Supp.2d 403, 407-08 (E.D.N.Y. 2009), Case no. 07-CV-2709, DE 1 and 3-5.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Edwin F. Chociey, Jr.*
_____
Edwin F. Chociey, Jr.

Dated: October 15, 2013

4418735v1