# EXHIBIT C

Syed Doha                                                    2/28/2013

**Page 1**

| | | | | |
|---|---|---|---|---|
| **A** | 174:21 176:12 | 194:21 | **approximation (1)** | **avid (1)** 182:7 |
| **abandoning (2)** | 200:8 201:12 | **angeles (8)** 183:5 | 208:10 | **avoided (1)** 202:2 |
| 189:17 190:9 | 203:8 | 189:19 190:10 | **ashmita (5)** 229:5 | **awaiting (1)** 226:14 |
| **abandonment (3)** | **address (8)** 185:9 | 191:24 192:18 | 229:17,19,19,24 | |
| 192:2,18 195:5 | 185:14,15 194:18 | 194:16,19 195:6 | **asked (17)** 178:7 | **B** |
| **ability (3)** 174:14 | 220:2 226:6,21 | **answer (33)** 176:4 | 180:12 181:2 | **b (2)** 171:19 235:9 |
| 179:6 181:3 | 229:16 | 178:8 182:17 | 182:16,20 187:24 | **back (15)** 177:22 |
| **able (17)** 174:21 | **addressing (1)** | 183:25 184:3,13 | 191:20 192:14 | 178:20 179:17 |
| 176:11 184:9 | 208:21 | 185:12 190:14 | 194:13,25 195:18 | 182:25 191:17 |
| 199:18 200:8,10 | **adjectives (1)** | 193:8 195:19 | 200:5,24 202:15 | 193:17 198:9 |
| 200:17 201:12,16 | 197:15 | 196:17 197:4,11 | 202:18,25 233:13 | 205:18 207:23 |
| 203:8,24 204:12 | **adjournment (1)** | 198:7,24 202:18 | **asking (5)** 178:11 | 208:15 209:21,21 |
| 204:20 216:10,23 | 172:12 | 203:3,5,12 204:16 | 191:3 202:19 | 212:9,23 219:20 |
| 217:18 218:11 | **advantage (1)** | 208:17 211:4 | 208:3 209:18 | **baldinger (7)** 220:4 |
| **absurd (1)** 190:21 | 199:8 | 212:15 213:3 | **asserted (1)** 202:19 | 220:8,15 223:9 |
| **access (8)** 182:5 | **adviser (5)** 182:11 | 218:19,22 224:24 | **asserting (1)** | 226:8 227:6 229:5 |
| 187:2,3,12,14,16 | 197:22 199:7,20 | 225:8 227:19 | 228:18 | **baldingers (1)** |
| 188:5 227:3 | 199:20 | 230:24 231:2,11 | **assertion (1)** | 223:8 |
| **accommodating (...** | **affect (1)** 174:13 | 231:16 | 227:15 | **bangladesh (1)** |
| 228:8 | **affirms (1)** 227:13 | **answered (7)** 178:8 | **assessment (1)** | 193:18 |
| **accorded (1)** | **agenda (1)** 229:10 | 195:18 200:25 | 184:2 | **barred (2)** 187:14 |
| 212:18 | **aggregate (1)** 225:3 | 202:15 214:9 | **assignments (3)** | 187:16 |
| **account (2)** 185:20 | **agreed (1)** 225:21 | 227:7 233:13 | 175:3,17 176:12 | **based (1)** 184:9 |
| 185:21 | **agreement (35)** | **answers (4)** 196:18 | **associated (2)** | **basically (1)** 188:6 |
| **accurate (1)** 186:10 | 187:13,25 188:18 | 208:13 209:22 | 185:15 189:8 | **basis (2)** 210:5,6 |
| **accurately (1)** | 189:21 191:21 | 233:14 | **associates (1)** | **becoming (1)** |
| 202:13 | 192:4,15,22 195:2 | **anybody (1)** 197:21 | 223:16 | 214:23 |
| **accusation (1)** | 195:12 196:7 | **anymore (1)** | **assume (2)** 177:5 | **begins (1)** 219:18 |
| 211:19 | 205:3,5,6,25,25 | 185:21 | 196:5 | **behalf (4)** 220:4,8,9 |
| **accusing (2)** 200:11 | 215:20,21,23,24 | **apartment (13)** | **assumption (3)** | 220:16 |
| 203:2 | 216:2,3 218:9 | 186:20,21,24 | 179:9,10 219:5 | **believe (5)** 195:9 |
| **acquaintance (2)** | 220:25 221:7,21 | 187:2,3,6,9,15,17 | **attached (1)** 235:10 | 208:22 215:25 |
| 211:17,18 | 222:10,16,22 | 187:18 188:4,12 | **attention (1)** | 221:9 223:2 |
| **acquiring (1)** | 223:20 224:6,13 | 188:22 | 189:23 | **believed (1)** 215:25 |
| 211:23 | 225:10,16 235:13 | **apparently (1)** | **attorney (2)** 223:22 | **best (7)** 174:14 |
| **acted (1)** 197:22 | **agreements (10)** | 190:19 | 224:3 | 177:8,25 178:2 |
| **action (1)** 234:17 | 175:8 181:11,16 | **appears (1)** 190:15 | **attorneys (2)** 173:5 | 180:4,4 216:20 |
| **actual (1)** 195:10 | 181:17 182:21 | **appreciate (5)** | 173:15 | **beyond (1)** 211:8 |
| **add (5)** 193:9 | 206:14,19 209:3 | 176:9 180:6 | **august (2)** 215:24 | **bit (2)** 182:19 |
| 195:21 203:22 | 218:7,15 | 182:15 194:11 | 216:3 | 191:18 |
| 209:12 230:6 | **ahead (4)** 180:13 | 228:13 | **authority (1)** | **blatant (1)** 210:5 |
| **added (1)** 199:8 | 183:8 193:6 210:3 | **approve (2)** 192:5 | 193:22 | **blood (1)** 234:17 |
| **addition (3)** 204:3 | **allowed (2)** 190:7 | 192:23 | **available (1)** 189:6 | **board (9)** 226:13 |
| 204:7 227:2 | 191:4 | **approved (1)** | **avenue (2)** 173:6 | 227:8,15,17 229:8 |
| **additional (5)** | **altogether (1)** | 195:12 | 173:16 | 229:24 230:2,11 |
| | | | | 230:12 |

Syed Doha                                                        2/28/2013

**boss (5)** 190:20,23
  193:2,19 195:15
**bottom (1)** 189:24
**brain (1)** 178:17
**branch (1)** 193:25
**breach (4)** 191:15
  194:9 197:23
  210:5
**break (2)** 207:5
  219:13
**brief (1)** 219:17
**briefly (1)** 198:10
**bringing (1)** 227:13
**broad (1)** 177:16
**broke (1)** 197:9
**broken (1)** 196:22
**brotherinlaw (1)**
  202:7
**brothers (5)** 177:12
  202:8 211:7 212:2
  213:17
**business (12)**
  175:11 177:15
  181:18,19 191:11
  194:6 199:25
  200:2 202:9
  210:24 215:16
  217:24

———————
          **C**
———————
**c (4)** 173:2 233:3
  234:3,3
**call (5)** 186:3
  191:15 197:20
  229:8,12
**calls (1)** 218:18
**cant (4)** 176:15
  177:21 221:14
  228:5
**caricature (1)**
  230:10
**caritas (4)** 171:13
  189:5 229:5,17
**carrier (3)** 184:24
  184:25 185:3
**case (9)** 171:8,9

198:14 203:16
  207:4 211:20
  220:12 221:5
  222:6
**categories (5)**
  196:25 197:6
  198:2 201:8 204:7
**category (11)**
  174:24 176:17
  178:21 181:8
  183:2,9 189:13
  196:20 198:10
  205:12 217:6
**caused (1)** 189:4
**cell (1)** 184:19
**cellphone (2)**
  184:22 185:6
**ceo (5)** 211:12
  212:8,23 214:16
  215:11
**certain (1)** 223:12
**certainly (23)**
  176:8 177:24
  179:25 180:6
  181:24 182:6,25
  187:11 196:5
  198:9 199:2,5
  205:18 206:20
  207:20,22 209:4,5
  209:16 211:15
  218:2 230:6,6
**certainty (2)**
  218:25 231:17
**certificate (1)**
  226:12
**certify (3)** 233:9
  234:11,16
**chairman (6)**
  226:13 227:8,9,10
  227:15,17
**chance (1)** 179:19
**change (2)** 196:15
  208:12
**character (1)**
  225:24

**characterization ...**
  230:13
**characterize (3)**
  220:6,11,14
**chociey (38)** 173:18
  178:7 183:24
  184:12 185:11
  190:13 192:9
  193:7 195:17
  197:3,10 198:6,22
  200:21,23 202:14
  203:4,11 204:15
  208:2,6,21 211:3
  212:12 213:2
  214:19 218:17,21
  221:3,11,19
  223:24 224:22
  225:7 226:18
  227:25 228:3
  231:10
**christmas (2)** 229:7
  230:4
**claim (13)** 176:23
  200:6 201:9,15
  203:10 204:5,9,19
  206:4 207:15
  209:7 210:22
  216:9
**claimed (1)** 182:7
**clarify (1)** 191:19
**clause (1)** 191:10
**clear (7)** 176:10
  178:19 180:8,25
  200:3 212:3
  214:12
**clearcut (1)** 197:19
**clearly (2)** 198:25
  209:19
**code (2)** 189:8
  196:3
**coffee (5)** 206:25
  207:5,13 216:6
  219:12
**com (6)** 173:11,21
  185:13,18 226:6

226:21
**combination (1)**
  199:17
**come (4)** 190:10
  192:19 195:7
  217:19
**coming (5)** 190:16
  190:20 191:14
  192:7 214:15
**comments (1)**
  228:13
**common (5)** 190:15
  190:18 192:6,24
  195:14
**communicate (10)**
  183:13,21,22
  184:5 189:6 193:2
  193:11,15 194:14
  194:20
**communicated (2)**
  188:17,19
**communicating (1)**
  210:17
**communication (3)**
  183:17 188:15
  189:4
**companies (2)**
  231:21,21
**company (30)**
  177:7,9 181:4
  185:6 186:9,15,19
  189:18 193:17
  195:3 199:5
  203:25 210:16,18
  211:10,12 212:3,5
  214:4,24 215:5,10
  217:18 221:14
  223:15 224:8,15
  224:21 227:17
  229:11
**companys (4)**
  204:13 216:11
  217:9 218:12
**competent (3)**
  201:18 205:14,23

**complete (4)**
  175:19 176:13
  182:23 233:12
**completely (1)**
  196:2
**completing (1)**
  189:17
**compliments (1)**
  180:21
**computers (1)**
  227:2
**conclude (1)**
  197:21
**concludes (3)**
  219:14 232:3,4
**conclusion (1)**
  218:18
**conduct (3)** 176:17
  178:21 181:8
**conducted (1)**
  194:7
**conference (2)**
  175:22 229:8
**confirm (1)** 229:11
**confirmation (1)**
  226:14
**connected (4)**
  179:10 202:3
  209:8 210:9
**connection (9)**
  177:4,5,13,17
  179:6 207:17
  208:25 211:10
  217:14
**connections (6)**
  176:20,23 177:19
  178:5 181:3
  198:13
**consider (4)** 191:12
  194:8 211:13
  225:10
**considered (2)**
  212:4 225:11
**consistently (1)**
  175:2

Syed Doha                                    2/28/2013

**Page 3**

constitute (4) 190:9
192:2,17 195:5
constituted (1)
194:21
constitutes (1)
194:9
constituting (7)
176:18 178:22
181:9 183:3,10
196:21 198:11
consulting (10)
205:6,25 206:14
206:19 209:2
215:20,23 216:3
218:7,15
consumed (1)
174:12
contact (4) 178:25
202:9 210:24
215:16
contacts (1) 181:3
content (7) 200:17
201:17 204:21
214:7,11 215:13
229:14
contents (1) 212:2
continuation (1)
174:3
continue (1) 195:22
continued (4)
171:18 172:11
210:11,11
contract (17) 191:6
191:7 195:22,24
196:10,11 197:12
197:16,18,18,21
197:23,25 208:18
209:4 219:6,9
contracts (1) 175:9
contractual (1)
210:5
contradict (2)
212:19,20
contribution (1)
212:5

control (1) 186:14
conversation (3)
213:25 214:16
226:7
convince (1) 199:18
coo (1) 202:8
cooperate (1)
209:17
coordinate (1)
229:7
copy (1) 226:3
cordial (2) 228:17
229:21
corporation (8)
171:11,11,12,12
171:13 230:16,19
230:21
correct (32) 179:4
181:6 186:23
188:24 189:20
193:9 195:16,21
199:14 200:4
201:11 203:3,6
204:14,17 212:17
216:4 219:10,22
220:5 221:2
223:20 225:22,25
226:10 227:3
230:16,17,20
231:8 233:12,15
correctly (4)
188:20 193:4
199:21 217:17
cost (1) 217:15
couldnt (1) 218:13
counsel (7) 174:6
177:23 182:4
199:19 209:17
221:18 228:20
counterclaim (1)
209:7
counterclaims (5)
200:12 204:6,10
207:15 216:9
countries (1) 194:3

country (2) 193:16
194:4
county (2) 233:6
234:6
course (3) 175:20
185:25 213:16
court (1) 171:3
cousin (1) 202:6
create (1) 199:12
cup (2) 206:25
207:5
current (1) 185:3

---
**D**

d (2) 233:3 235:3
danzig (1) 173:14
date (5) 205:11
208:3,4,9 221:22
dated (1) 215:24
daughter (2) 189:5
229:17
day (14) 175:18,18
175:21,23 188:7
194:7 196:17
203:18,19,21
209:14 212:24
233:21 234:21
dayto (1) 212:23
daytoday (1)
212:10
deal (1) 175:10
debate (1) 227:21
december (1) 229:4
decided (1) 225:18
defendants (10)
171:15 173:15
200:12 203:9
204:4,9 207:15
209:7 210:22
216:8
defense (2) 197:19
197:20
definitely (1)
228:12
delaware (1)
171:12

delhi (1) 194:3
deliver (2) 175:2
200:19
delivered (1)
226:25
departure (1)
194:9
deposition (15)
171:19 172:11
174:3,11 191:4,7
212:6 221:24
226:25 228:18
232:5 233:11,14
234:13,14
depositions (2)
180:3 203:14
details (2) 179:23
229:12
determined (3)
225:17,19,20
didnt (16) 175:24
181:14 183:19,21
187:2 192:5,23
193:18 194:13,14
195:11 196:10
207:18 212:6
213:20 231:12
different (1) 194:21
difficult (1) 180:3
direct (1) 189:22
directors (5) 229:8
229:25 230:2,11
230:12
discussed (6)
174:17 176:5,14
197:7 198:3 204:8
discussing (2)
194:6 217:7
discussions (2)
208:18 231:18
distribute (1)
200:18
distribution (1)
181:19
district (2) 171:3,3

document (6) 221:6
221:23,25 222:7
222:12 224:23
documents (9)
175:7,17 176:13
181:14,20,21
182:22 188:6
198:21
doesnt (10) 193:10
193:14 196:11,16
199:18 212:16,19
219:24 222:15
227:21
doha (76) 171:10
171:13,19 172:12
174:1,4,8 175:1
176:1 177:1 178:1
179:1,24 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
189:5 190:1,19
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1,14
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1,23
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1,5,24
230:1 231:1 232:1
233:9,18 234:12
235:6
doing (3) 192:5
193:3 198:19
dont (49) 177:10
179:8,15,24,25
181:5 182:24
183:18,21 184:4,7

Syed Doha                                                           2/28/2013

Page  4

185:2,7,21 186:3
186:9 187:23
196:12 197:16
203:13 205:7,7,10
205:17 207:6
208:4,9,21 209:13
210:19 211:17
215:18,22 216:16
217:17,24,25
219:25 220:12
221:4,12 224:25
224:25 226:2
227:4,4 229:15
230:3,5
**doors (3)** 200:17
201:16 204:20
**draft (1)** 198:21
**drafting (1)** 197:25
**draw (1)** 197:22
**du (19)** 173:4,8
174:7 179:20
192:10 195:22
203:15 208:4,9
209:12 219:12
221:17 227:23
228:2,4,7 231:24
232:2 235:6
**duly (1)** 234:13

_____
**E**

**e (10)** 173:2,2
189:24 233:3,3,3
234:3,3 235:3,9
**earlier (2)** 203:19
226:20
**early (4)** 188:20,21
210:11,13
**eastern (1)** 229:9
**easy (1)** 211:6
**ecf (1)** 171:9
**echociey (1)** 173:21
**edwin (1)** 173:18
**effect (1)** 215:3
**efficient (1)** 204:2
**efforts (5)** 203:25
204:13 216:11

217:9 218:12
**either (5)** 189:4
198:25 202:6
229:18,18
**elated (1)** 213:22
**elevator (1)** 213:21
**email (24)** 173:11
173:21 184:4,10
184:15 185:8,9,14
185:20,21 188:25
219:24,25 220:7
220:17 226:4,5,15
226:21 227:3,6
229:3,13 230:4
**emailed (1)** 219:21
**emails (6)** 185:16
186:13 220:4,13
226:24 230:7
**emailservice (2)**
185:19,22
**emphasize (1)**
209:24
**employee (1)**
195:25
**employees (2)**
189:7 190:3
**employer (2)**
190:20,23
**employment (21)**
189:21 191:21
192:4,15,22 195:2
195:11 196:7
205:3,5,25 206:13
206:19 209:2
212:3 215:20,24
216:2 218:7,15
222:16
**encountered (1)**
201:25
**ended (2)** 174:11
211:11
**entertainment (10)**
182:6,11 199:25
201:19 202:4
205:14,24 209:9

210:9 213:19
**entire (1)** 183:12
**esq (2)** 173:8,18
**established (1)**
225:12
**establishes (1)**
227:16
**eve (2)** 229:7 230:4
**everybody (2)**
187:3,4
**everyday (1)** 194:6
**exactly (3)** 187:10
217:17 227:14
**examination (2)**
174:7 235:4
**example (1)** 175:6
**examples (2)**
175:13,15
**exchange (2)**
220:12 224:7
**excuse (4)** 192:9
198:22 200:23
231:10
**execute (1)** 205:5
**executed (4)** 205:3
205:9 206:13,19
**executive (5)**
182:12 199:5
211:19,23 217:19
**exhibit (3)** 189:22
221:20,25
**expecting (1)**
188:14
**expertise (3)**
182:10 199:6
221:13
**expressed (1)**
213:23
**extent (2)** 177:16
194:7

_____
**F**

**f (2)** 173:18 234:3
**fact (1)** 178:25
**failed (6)** 175:2,19
176:12 181:22

182:23 183:13
**failings (1)** 174:17
**failure (10)** 176:18
178:22 181:9
183:3,10 189:14
194:20,22 196:21
198:12
**fair (8)** 184:2
210:11 218:16
222:2 224:2 228:8
228:10,16
**fairly (3)** 195:20
197:5 203:6
**family (1)** 203:17
**far (4)** 179:9
181:24 189:2
193:9,10 196:9
211:16 221:15
222:7,9
**fascinating (1)**
213:15
**fax (2)** 173:10,20
**february (4)**
171:20 172:7
174:4 233:11
**feel (3)** 176:2 197:9
230:7
**feldman (1)** 172:13
**fifth (3)** 173:16
183:9 209:6
**film (14)** 176:20,24
177:15,19 178:5
181:18 182:5,7,9
182:11 198:14,17
199:6,13
**filmdistribution ...**
175:11
**filmmaker (3)**
175:9 181:16
182:21
**filmmakers (2)**
175:9 181:17
**filmproducing (1)**
177:8
**films (1)** 200:18

**finally (1)** 208:23
**find (2)** 211:6
214:5
**fine (11)** 182:18
207:9,9,10 208:10
214:11 228:11,21
228:21 229:2,18
**finish (1)** 180:10
**first (10)** 195:11
200:13,16 201:5
202:17 203:13
204:18 214:18
221:12 224:6
**five (3)** 202:3
213:20,23
**florida (6)** 171:11
171:11,12 230:15
230:18 231:21
**focus (3)** 212:11,24
222:18
**follow (3)** 180:5
182:18 214:12
**following (1)** 226:9
**follows (2)** 194:23
200:15
**forget (3)** 203:21
209:14 210:2
**form (33)** 176:7
183:24 184:12
185:11 190:13
193:7 195:17
197:3,10 198:6,23
199:9 200:24
202:14 203:4,11
204:15 211:3
212:12 213:2
214:19 218:17
221:3,11,20
222:10 223:24
224:22 225:7
226:18 231:11,12
235:13
**formal (1)** 229:20
**formed (2)** 231:5
231:14

**forth (3)** 191:18
228:20 234:13
**forward (1)** 226:7
**forwarded (3)**
223:16 226:16
227:6
**fostering (1)**
198:15
**four (1)** 201:23
**fourth (4)** 181:8
183:6 189:16
207:14
**frankie (4)** 222:6
226:8 229:3
231:18
**frankly (2)** 175:25
199:18
**fraud (1)** 197:17
**freeflowing (1)**
193:13
**frequently (1)**
193:20
**friedrich (8)**
171:10 219:22
220:16,24 221:7
224:8,14 225:21
**friedrichs (3)** 220:9
222:24 223:2
**further (4)** 174:7
179:23 180:5
234:16

_____ G _____

**g (1)** 233:3
**gaining (1)** 198:15
**general (1)** 199:19
**genius (2)** 186:2,3
**getting (2)** 202:21
202:21
**give (9)** 174:14
176:3 178:18
179:23 188:4
193:10 195:23
209:19 211:5
**given (12)** 175:3
177:6 186:25

196:16,18 198:20
209:23 217:20
218:14 221:16
233:15 234:15
**gives (1)** 193:11
**giving (1)** 221:14
**glad (1)** 227:12
**go (16)** 174:23
177:11 179:17
180:13 193:6
196:17 197:14
201:3 205:11
208:14 210:3
216:6 222:11,21
228:5,25
**goes (3)** 181:24
194:12 207:7
**going (14)** 174:23
175:10 192:25
193:22 194:2,2
200:19 201:6,8
209:25 213:21
222:18 226:3
228:5
**good (9)** 174:2,8,9
174:9 177:14
178:24 201:23
207:16 208:25
**grand (1)** 201:25
**granted (1)** 196:6
**great (3)** 211:9
219:11 227:9
**gross (1)** 222:14
**guzman (1)** 173:24

_____ H _____

**h (1)** 235:9
**hand (1)** 234:21
**handing (1)** 221:23
**handset (1)** 226:25
**happen (1)** 174:13
**happened (3)**
217:16 220:22,23
**happily (1)** 177:22
179:18,23
**hard (1)** 189:7

**harvey (4)** 179:11
201:24 207:17
208:25
**havent (1)** 175:4
180:12 186:15
**head (2)** 191:13,13
**headquarters (4)**
190:11 191:25
192:20 195:8
**hear (2)** 201:4
228:3
**heiner (8)** 171:10
219:21 222:24
223:2 224:8,13
226:11,13
**hello (1)** 229:6
**hereinbefore (1)**
234:13
**hereunto (1)**
234:20
**hes (3)** 174:6
190:16 192:25
**hey (1)** 214:7
**hi (1)** 226:10
**highlighted (1)**
182:13
**hire (4)** 212:8,22
213:19 218:14
**holly (4)** 171:25
172:15 234:9,24
**hollywood (5)**
177:15 199:23
201:22 206:6,18
**home (11)** 189:18
190:5,10 191:23
191:24 192:17,19
193:23,24 195:4,6
**honest (1)** 218:23
**honestly (1)** 231:22
**hope (2)** 191:10
229:6
**hoping (1)** 180:21
**hotel (5)** 190:5
191:22 192:16
195:4 202:2

**hough (4)** 171:25
172:15 234:9,24
**hour (1)** 232:6
**hours (3)** 175:24
206:23 222:17
**huh (1)** 222:13
**humantohumanr...**
210:6
**hundredpercent ...**
213:9
**hyland (1)** 173:14

_____ I _____

**id (4)** 175:24
178:18 189:22
196:13
**idea (3)** 186:5,6
189:10
**identification (2)**
221:22,24
**identified (8)**
174:19 176:19
181:10 183:3,11
189:14 194:8
196:20
**ill (6)** 176:6 182:24
190:13 201:11
208:14 223:12
**im (45)** 174:23
176:2 180:21
185:14 188:7
189:21 190:2,20
190:25 191:3,4,16
192:10 193:22
194:2,2 197:20
199:14,16,21,24
200:22 201:6,8
202:21,21 206:15
210:2 213:6,6,9
213:17,18,19
214:6 218:20,23
218:25 221:23
222:23 223:12,13
226:3 227:12
228:18
**immediately (4)**

186:17 187:25
198:8 213:24
**immunity (2)**
193:11 196:6
**impair (1)** 174:14
**implying (1)**
199:10
**important (2)**
212:11 230:8
**importantly (1)**
182:11
**impossible (1)**
217:22
**impressed (1)**
211:7
**impunity (1)**
195:23
**inappropriate (1)**
214:6
**incline (1)** 218:8
**inclined (2)** 218:25
219:8
**include (1)** 219:4
**included (3)** 181:15
226:7 227:6
**including (4)** 175:7
188:6 194:20
195:3
**incorporation (3)**
221:21 222:10
235:14
**indicated (1)**
214:21
**individual (5)**
171:5,10,10,13,13
**induced (1)** 218:13
**industry (12)**
176:21,24 177:20
178:6 182:9
198:14,17 199:6
199:13 202:4
209:9 210:9
**inform (1)** 196:12
**information (1)**
179:18

Syed Doha                                                                2/28/2013

**instances (1)** 220:19
**intention (1)** 231:6
**interest (3)** 213:24 224:15,20
**interested (7)** 213:15 214:4,23 215:4,6,9 234:18
**internal (1)** 186:11
**internationally (1)** 193:20
**intimidate (1)** 180:2
**intimidating (3)** 179:20,25 180:2
**involved (4)** 177:12 177:12 178:13 222:14
**ira (3)** 223:16,19 231:19
**isnt (3)** 198:14 212:20,21
**issue (1)** 194:18
**issues (1)** 174:19
**items (1)** 198:11
**ive (8)** 175:3 176:9 180:7 196:17 200:13 214:12 216:17 222:5

**J**

**january (2)** 179:13 198:20
**jesse (20)** 171:5 174:18,21,25 176:18 177:18 178:4,22 181:9 183:10 185:13 186:22 190:7,17 212:4 214:22 215:2,8 222:14 231:18
**joa (1)** 226:10
**joanne (3)** 220:4 223:8,9
**job (27)** 174:18,22

174:25 176:18
178:22 180:22
181:9 183:4,10
189:15 190:8
191:22 192:5
193:13 194:22,23
195:13 196:21
198:12,18 199:12
199:17 200:2
202:12 210:15,18
213:19
**john (13)** 173:8,11 202:7,8 208:3 210:25 211:18 212:7 213:18 214:15 215:9,10 215:16
**joining (1)** 214:4
**jon (5)** 186:8,14,25 187:5,7
**journey (1)** 227:10
**jr (1)** 173:18
**july (7)** 183:6 184:25 185:17 188:13 189:16 192:2 210:20
**jumped (1)** 183:8
**juncture (1)** 193:24
**june (4)** 187:25 188:8,20,21
**juxtaposed (1)** 182:9

**K**

**k (1)** 233:3
**kept (1)** 188:8
**key (3)** 187:4,5,6
**kind (1)** 217:20
**knew (1)** 188:12
**know (93)** 174:20 175:21,22,25 176:2,6 177:9 178:13,16,16,17 178:18,19 179:11 179:11,12,15,15 179:19,23 180:15

180:17,22 182:7
183:7 184:14
185:5 186:8,10
187:13,14,23,23
188:4,6,8,14
190:19,22,22
191:7 193:16,25
194:3,5,8 196:4,5
197:14,14,16,19
199:12,12,22,23
200:7 202:19
203:15 206:22,25
207:2,22,22
208:17 209:16
211:7,13,14,16,16
212:18 213:10
214:6 216:23,23
217:25 218:6
219:25 220:22
221:13,13 223:12
228:14,15,19
230:8,9,11,12,14
231:17,17
**knowledge (3)** 182:5 186:10 230:23
**knowledgeable (1)** 182:8
**known (1)** 213:18
**knows (2)** 217:13 227:9

**L**

**l (5)** 191:13,13 233:3 234:9,24
**largely (2)** 210:3,4
**law (3)** 201:19 205:14,24
**lawsuit (6)** 200:7 200:11 203:3,10 210:23 212:14
**lawyer (3)** 201:21 206:5,17
**lease (3)** 187:20,21 187:22
**leave (6)** 192:18

195:5,6 203:14
228:14,22
**leaving (1)** 191:13
**left (8)** 183:4 186:8 186:15,16,17 187:7 188:3 230:25
**legal (17)** 173:24 175:7,16 176:13 181:14,20 182:4,9 182:10 197:17,22 198:21 199:7,20 199:20 218:18 221:12
**legaladviser (1)** 199:7
**levy (5)** 186:8,14,25 187:5,7
**life (1)** 180:18
**lineage (1)** 178:12
**lisa (1)** 171:13
**list (3)** 174:23 201:6,8
**little (6)** 182:19 191:18 228:12 230:9,10,23
**llp (2)** 173:4,14
**loan (3)** 221:10,14 225:11
**location (6)** 189:25 190:4,8 191:22 192:16 196:16
**london (1)** 194:2
**long (2)** 185:5 201:2
**longer (1)** 207:8
**look (1)** 218:20
**looking (4)** 189:21 191:9 197:20 202:12
**looks (1)** 223:6
**los (8)** 183:4 189:19 190:10 191:23 192:18 194:15,19 195:6

**lost (1)** 186:25

**M**

**m (8)** 172:7 174:5 219:15,19 229:9 232:7,8 233:3
**maata (17)** 202:7,9 202:10 210:25 211:6,9,18,25 212:7,17,22 213:7 213:18 214:15 215:9,10,17
**maintained (1)** 186:7
**major (1)** 174:19
**making (2)** 214:2 231:14
**man (1)** 211:15
**manager (1)** 193:17
**managers (1)** 194:4
**manner (1)** 228:17
**mark (1)** 222:15
**marked (5)** 221:17 221:22,24 222:13 222:23
**marriage (1)** 234:18
**matter (3)** 212:7 228:19 234:19
**mean (12)** 179:25 180:15 194:5,13 203:14 210:20 211:23 220:12,13 225:20 227:22 230:24
**meaning (1)** 211:23
**means (4)** 177:14 182:18 203:18 227:21
**meant (3)** 180:14 180:20 194:14
**medications (1)** 174:12
**meet (1)** 217:19
**meeting (2)** 213:17

One Penn Plaza, NYC
email@tobyfeldman.com

Toby Feldman, Inc.
NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS

(212) 244.3990
(800) 246.4950

215:13
**meetings (5)**
179:12 198:20
201:22 206:6,18
**melothe (25)**
171:10 185:13,18
186:13 189:6,9
190:11 191:25
192:20 195:7
200:19 201:16
212:8,10,24
214:16 221:10
223:22 225:15
226:6,21 230:15
231:6,7,7
**members (1)** 187:6
**memory (2)** 174:13
178:19
**mentioned (1)**
213:16
**met (2)** 202:10
215:10
**midjune (1)** 188:17
**mient (11)** 171:12
175:6,8,10,16
176:13 181:11,11
181:15,21 182:22
**miles (2)** 190:16
195:15
**million (2)** 221:9
225:14
**mind (1)** 178:3
**minutes (8)** 207:4,7
207:8,10 213:20
213:23 230:25
232:6
**miramax (2)**
177:11 179:14
**misconduct (9)**
183:2,9 189:13
196:3,20,25 197:7
198:2,11
**misrepresentatio...**
204:19 205:13,20
205:23 206:4

207:14 209:6
210:22 216:7
217:5,6 218:10,13
**misrepresentatio...**
200:6,9 201:9
203:2,9 204:4,8
219:5
**misrepresented (4)**
176:20 198:13
204:12 217:7
**misstates (1)**
218:21
**misunderstood (1)**
199:2
**mode (1)** 176:2
**monday (1)** 229:9
**money (1)** 225:24
**month (7)** 183:12
183:20,23 184:9
187:25 189:3
208:10
**morning (3)** 174:2
174:8,9
**move (2)** 188:23
228:23
**movement (2)**
194:15,19
**movie (1)** 199:25
**movies (1)** 177:10
**moving (1)** 188:13

— **N** —

**n (4)** 173:2 233:3,3
235:3
**name (1)** 226:11
**necessary (1)**
201:21
**need (13)** 175:24
182:13,13,18
188:22 206:25
207:13 208:4,9
221:4,5,5 224:17
**needed (1)** 206:5
**needing (1)** 206:17
**needs (1)** 199:20
**negligence (1)**

222:15
**negotiation (1)**
214:7
**never (10)** 192:4,22
195:12 219:21
220:7 225:12,17
225:18,20,21
**new (31)** 171:3,12
171:21,21 172:14
172:14,16 173:17
173:17 183:6
188:2 189:16
190:11,16,20
191:14,24 192:8
192:19,25 194:16
194:19 195:7
230:21 231:5,22
233:5,6 234:5,6
234:10
**newman (1)** 173:4
**newmanlaw (1)**
173:11
**nice (1)** 211:15
**nicholas (1)** 173:24
**nickname (1)**
229:23
**night (1)** 174:22
**nightmare (1)**
209:15
**notary (3)** 172:15
233:23 234:10
**noted (1)** 232:8
**noticed (2)** 187:7
187:11
**notices (1)** 223:15
**november (1)**
226:6
**number (8)** 174:24
184:22 196:24
198:11 201:15
219:15,19 232:4

— **O** —

**o (1)** 233:3
**oath (2)** 174:6
233:10

**object (29)** 178:7
183:24 184:12
185:11 190:13
193:7 195:17
197:3,10 198:6,22
200:21,23 202:14
203:4,11 204:15
211:3 212:12
213:2 214:19
218:17 221:3,11
223:24 224:22
225:7 226:18
231:10
**observed (1)** 220:3
**obviously (2)**
205:10 209:19
**occurred (1)**
220:20
**offend (1)** 180:14
**offense (1)** 180:23
**offer (5)** 213:22,23
214:2,5 227:9
**offered (1)** 215:10
**offering (2)** 213:19
214:17
**office (11)** 189:19
190:5,10 191:22
191:24 192:16,19
193:23,24 195:4,7
**officer (1)** 193:25
**offices (1)** 172:13
**official (1)** 226:11
**oflo (11)** 171:11,12
220:25 221:8
229:9,25 230:18
230:21 231:5,7,14
**oh (6)** 185:25 186:3
208:11 222:20
224:16 229:22
**okay (40)** 175:16
176:17 178:21
180:11 181:8
183:2 184:18
188:16,21 191:2
191:17 194:11,14

196:19 202:16,23
203:7 204:18
205:12 206:24
207:9,14 208:11
208:16,22 214:9
215:8 217:3
219:11 222:20,23
224:18 225:5,13
226:14 228:4,25
229:2 231:3,3
**once (1)** 179:16
**onesided (1)** 196:2
**online (3)** 175:10
181:18 200:20
**open (4)** 200:17
201:16 204:20
212:2
**operation (2)**
191:13 212:24
**operations (1)**
212:10
**opinion (1)** 228:19
**opportunity (3)**
193:21 199:13
209:20
**ordoubadi (9)**
212:7 222:6 226:8
226:9,15 229:3,4
230:4,6
**organized (1)**
179:13
**otherwiseschedul...**
215:12
**outcome (1)** 234:19
**outside (1)** 194:12
**ownership (1)**
224:20

— **P** —

**p (7)** 173:2,2
219:15,19 229:9
232:7,8
**package (1)** 199:8
**page (9)** 189:24
222:11,21,24
223:14 224:6,11

235:4,11
painful (1) 209:25
paragraph (2)
  224:7,11
parentteacher (1)
  175:22
part (15) 175:10
  181:18 198:17
  199:7,11 200:2
  201:3 204:5,10
  211:24 214:23,23
  215:4,10 225:14
partial (1) 225:15
parties (1) 234:17
partnership (1)
  215:13
partnerships (2)
  201:17 204:21
pay (5) 224:8,14,20
  224:25 225:5
payment (2) 225:11
  225:15
penn (1) 172:13
people (1) 217:13
percent (1) 224:7
perform (3) 190:8
  192:15 195:2
performance (12)
  174:18,22,25
  176:19 178:23
  181:10 183:4,11
  189:15 194:22
  196:22 198:12
performed (1)
  190:4
performing (3)
  183:5 192:23
  195:13
period (2) 184:5
  209:23
permission (2)
  195:14 196:15
perretti (1) 173:14
pershare (1) 225:2
person (2) 188:11

214:6
personal (1) 224:3
personally (2)
  177:8 211:8
phone (12) 173:9
  173:19 184:15,17
  184:19,19,25
  188:25 189:2
  190:18 191:14
  227:2
physical (1) 194:15
pick (1) 193:22
picking (1) 190:18
pixellution (1)
  171:11
plaintiff (3) 171:6
  172:12 173:5
plaintiffs (2)
  221:20 235:11
play (4) 216:24,25
  217:8 218:11
plaza (1) 172:14
pleasant (1) 229:7
please (4) 179:24
  186:3 222:21
  229:11
point (4) 178:9,17
  178:23 211:14
policy (3) 175:7
  181:16 182:20
pollack (3) 223:16
  223:19 231:19
position (4) 177:7
  191:16 214:17
  215:11
possession (1)
  186:14
possibility (2)
  211:13 219:7
possible (6) 176:7
  177:23,24 209:18
  218:3 219:3
possibly (8) 212:8
  213:4,5,6 214:4
  214:15 220:18

231:19
post (5) 189:17
  190:9 192:2,18
  195:5
potentially (1)
  212:22
pr (1) 211:14
practically (1)
  177:17
preclude (1) 219:7
premise (4) 196:8
  196:10,17 211:19
prepared (1)
  223:19
present (1) 211:18
presented (2) 182:3
  182:10
president (2) 211:7
  213:17
pretty (6) 174:9
  190:15 191:8
  215:3 223:12,13
previous (2) 197:6
  208:12
price (2) 225:2,3
primarily (1) 186:7
printed (2) 177:11
  226:3
prior (3) 221:21
  222:10 235:14
privacy (3) 175:7
  181:15 182:20
probably (2)
  217:15 228:14
probe (3) 178:17
  207:21,22
problems (1)
  174:21
proceed (1) 174:6
proceeding (1)
  234:15
proceedings (1)
  180:18
process (2) 209:24
  211:24

produce (3) 176:6
  179:18 230:7
professional (1)
  228:17
project (12) 186:13
  189:9 190:12
  200:19 201:16
  212:9,11,24
  221:10 223:23
  225:15 231:7
projects (4) 191:25
  192:20 195:8
  214:16
promised (2)
  206:22 222:17
pronounced (1)
  229:19
proper (1) 229:16
provide (3) 181:3
  218:2
provider (2) 185:19
  185:23
provides (2) 224:13
  224:19
public (3) 172:15
  233:23 234:10
publicrelations (5)
  203:24 204:13
  216:11 217:9
  218:12
purchase (2) 225:2
  225:3
purportedly (1)
  179:13
purpose (3) 225:23
  230:24 231:14
purposes (1)
  209:17
pursuant (1)
  172:12
put (3) 216:20,24
  228:20
putting (1) 226:13

**Q**

qualifying (1)

184:14
question (49)
  175:12 176:4
  178:15 179:22
  180:10,13 182:16
  182:17 183:7,25
  190:14,23,24
  191:5,20 192:11
  192:11,14 193:8
  194:12,17,23
  195:18 196:8,9,13
  197:4 200:24
  201:3 202:15,17
  202:22,24 204:16
  208:20 212:13,20
  212:21 214:9,20
  218:18,19 223:25
  224:18,23 227:7
  228:11 231:11,16
questions (12)
  178:11 179:17
  191:3 202:16
  207:2,3 208:7
  209:19 222:18
  228:6 231:2,24
quickly (1) 186:8
quite (5) 199:18
  213:4,6 217:20
  219:3
quoting (1) 199:22

**R**

r (2) 173:2 234:3
raise (1) 190:22
raising (2) 214:18
  229:10
reach (1) 183:16
reached (2) 184:8
  184:18
reaching (1) 183:22
read (8) 192:4,22
  195:11 197:12,18
  224:16 228:9
  233:9
reading (1) 196:4
reality (1) 202:10

Syed Doha                                                                                          2/28/..

**Page 9**

really (12) 191:4
194:12 195:12
196:13 198:17
202:11 206:5
207:10,18 212:20
221:10 228:15
reask (1) 192:11
reason (2) 174:10
191:12
recall (38) 176:11
176:15 181:21,23
182:22,24 183:22
184:4,7 200:8,10
200:14,14 203:8
205:2,14,19,22
206:12,16 208:23
209:10 215:19,22
216:12 220:19
226:5,15,19,24
227:5,11,12 229:3
229:13,15 230:3,5
recalled (1) 204:10
receiving (5) 180:6
226:5 229:3,13
230:3
recess (1) 219:17
recognize (2)
221:25 222:4
recollect (8) 176:3
177:21 205:7,17
217:16 218:24
221:16 231:22
recollecting (1)
203:20
recollection (9)
178:2 181:13,24
183:15 189:12
199:22 206:2
223:21 230:23
record (11) 176:10
191:18 200:4
214:12 219:16,20
232:5,7 233:12,14
234:14
refer (1) 195:22

referring (1)
193:12
refers (1) 191:5
regard (9) 204:22
205:16 206:8
207:19 209:11
211:2 215:2
216:13 217:12
regarded (1) 177:8
related (1) 234:16
relation (3) 202:6
210:24 215:16
relationship (5)
178:24 201:24
202:6,7 211:8
relationships (2)
198:16 200:17
remember (41)
174:21 178:3
179:4,8,9 181:5
183:18 185:2,7
187:10 188:10,20
189:2 199:21
201:12 202:20
204:21,24 205:7,8
205:10 206:7,10
206:11 207:18,24
209:5,22,25 210:7
210:19,25 214:25
215:14,18 217:11
217:17,25 218:4
221:4 227:4
remembered (1)
216:8
reminded (1) 174:5
rental (3) 187:13
187:24 188:18
renting (2) 186:21
187:19
reported (1) 171:24
reporter (2) 172:15
234:9
represent (2) 196:4
203:23
representation (6)

206:17 208:24
210:8 215:15
216:6 217:20
representations (1)
202:25
representatives (1)
198:16
represented (10)
200:16 201:15,18
201:20,23 202:3,5
211:25,25 216:10
request (1) 194:18
required (1) 196:15
reschedule (2)
175:23 203:18
respect (14) 178:5
180:12 183:20
194:15 195:10
204:18 205:12
206:3 208:6,8
210:21 214:14
216:5,7
respectfully (1)
194:18
response (3) 202:24
227:5 228:3
responses (1) 180:5
responsibility (1)
194:10
responsive (1)
228:11
resume (2) 202:11
211:11
right (23) 175:3,11
175:13,15 176:21
179:2 180:22,24
181:12 182:24
183:14 184:20
189:19 192:13
197:2,5 200:13,20
217:9 222:17
228:22 229:12
231:23
riker (2) 173:14,21
rip (1) 207:6

roebuck (1) 193:17
roebucks (1)
193:23
role (4) 216:24,25
217:8 218:11
rosenblatt (50)
171:5 175:19
176:12,23 177:18
178:4 181:2,22
182:2,23 183:16
186:22 187:12,16
190:7,17 193:13
195:23,25 196:14
197:9 198:4 200:6
200:10 201:9
202:2 203:2,10
204:5,9,12,19,22
205:15 206:4
207:16,19 208:24
209:8 210:7,23
211:2 214:22
215:2,8,15 216:9
216:12 217:7
222:14
rosenblatts (19)
174:18,22,25
176:18 178:22
181:9 183:4,10
189:15 191:21
192:14,22 194:23
194:25 196:21
198:12,18 199:4
212:4

_____
S
_____

s (1) 173:2
sake (1) 228:23
sarcasm (1) 203:13
saying (7) 188:8
199:3,14,16,25
211:21 227:14
says (9) 189:2
190:3 191:21
192:15 195:2
222:9 224:7,25
225:2

roebuck (1) 193:17
schedule (1) 203:18
scherer (1) 173:14
sdoha (3) 185:18
226:6,21
se (2) 182:4 188:13
sears (2) 193:17,23
seattle (1) 173:7
second (5) 176:17
180:17 195:13
202:17 205:12
section (1) 189:24
see (17) 177:10
189:25 190:3
197:17 208:11
221:5 222:24
223:8,15,16 224:9
224:15,19,25
226:2 228:15
230:15
seeing (4) 224:10
227:5,11,12
seeking (3) 210:15
210:15 217:23
seen (8) 186:15
220:7,15 222:2,5
223:4,10,11
sell (1) 188:22
send (2) 226:10
229:12
sender (1) 185:15
sending (2) 185:16
211:11
sense (5) 190:15,18
192:6,24 195:14
sent (4) 184:5
185:8 189:4
202:10
series (2) 207:2,3
serious (4) 191:15
194:9 197:13
226:12
servers (8) 185:24
185:25 186:4,10
186:11,12 187:8
187:12

Syed Doha                                                           2/28/2013

service (1) 196:16
services (5) 189:25
    190:4 192:16,23
    195:3
set (2) 234:13,20
seven (1) 174:19
seventh (5) 196:19
    204:11 216:7
    217:5 218:6
severe (2) 197:13
    197:23
shape (1) 199:9
share (2) 221:15
    225:2
shared (1) 188:9
shareholder (2)
    220:25 221:8
shares (2) 221:14
    225:11
sheridandoha (1)
    171:13
short (5) 221:20
    222:9 226:2
    228:12 235:13
shorthand (2)
    172:15 234:9
show (2) 179:14
    217:24
signature (8)
    222:25 223:3,4,6
    223:8,10,11,13
signatures (1)
    223:14
signed (11) 191:8
    205:24 209:2
    215:20 216:2
    218:7,14 219:6,9
    220:24 221:7
significant (8)
    177:6,7 207:21
    216:24,25 217:8
    218:11 228:19
signing (1) 218:9
singapore (1)
    193:25

sit (2) 179:19
    182:22
sitting (1) 179:21
six (12) 196:25
    197:6 198:2
    200:13,15 201:8
    201:14 202:5,13
    202:25 204:3,7
sixth (3) 183:2
    189:13 210:21
sleep (1) 175:19
slow (2) 192:12
    218:16
socalled (1) 175:6
sold (1) 188:12
somewhat (1)
    182:17
soon (2) 176:7
    218:2
sorry (9) 185:14
    190:2 200:22
    206:15 210:3
    222:20,20,23
    231:4
sort (2) 191:13
    196:23
source (1) 189:8
southern (1) 171:3
space (1) 188:9
speak (1) 212:14
speaking (3)
    175:25 198:10
    220:8
speaks (2) 198:23
    224:23
spearhead (5)
    203:24 204:13
    216:11,15,22
specialist (1)
    173:24
specific (3) 184:4
    208:3 209:20
specifically (39)
    174:18 177:21
    178:9 179:5 181:2

181:5 189:23
    200:18 204:20,25
    205:13,15,17,21
    206:5,7,9,11
    207:18,20,25
    208:7,14 209:10
    209:12 210:10,19
    210:23,25 214:25
    215:18 216:10,12
    216:14 217:3,11
    218:5,8 220:21
specifics (6) 178:10
    179:8,16 211:5
    217:25 218:2
spelling (1) 226:11
spoken (1) 198:25
ss (2) 233:6 234:6
standard (3)
    181:17 182:21
    229:9
started (3) 203:19
    213:25 214:17
starting (1) 201:14
state (4) 172:16
    233:5 234:5,10
stated (2) 202:13
    221:15
statement (2) 228:9
    228:10
states (1) 171:3
stating (1) 191:16
stay (1) 175:20
step (2) 212:9,23
stock (1) 226:12
stop (3) 227:24,24
    227:24
storage (1) 188:9
stored (1) 186:18
storing (1) 186:12
strayed (1) 182:17
street (3) 186:20,24
    187:8
streets (1) 199:23
strike (6) 174:10
    183:7 194:24

201:7 204:6 217:4
studio (3) 201:22
    206:6,18
studios (3) 198:16
    200:18 201:17
stuff (1) 188:9
stunning (1) 217:20
subject (2) 194:21
    214:15
subscribed (1)
    233:20
subscription (7)
    220:24 221:21
    222:10 223:19
    225:10,16 235:13
subsequently (1)
    180:6
subset (2) 196:23
    196:24
succinct (1) 176:3
suddenly (2) 187:8
    187:14
suggesting (3)
    190:21,25 199:24
suggestion (1)
    181:25
suite (2) 172:14
    173:6
supposed (3)
    180:21 183:5
    199:11
sure (17) 176:9
    180:7,19 187:20
    188:7 200:13
    207:12 213:5,6,7
    213:9 214:12,13
    221:19 223:13
    224:11 225:9
suspect (1) 183:23
sworn (2) 233:20
    234:13
syed (67) 171:10,19
    172:11 174:1,4
    175:1 176:1 177:1
    178:1 179:1 180:1

181:1 182:1 183:1
    184:1 185:1 186:1
    187:1 188:1 189:1
    190:1 191:1 192:1
    193:1 194:1 195:1
    196:1 197:1 198:1
    199:1 200:1 201:1
    202:1 203:1 204:1
    205:1 206:1 207:1
    208:1 209:1 210:1
    211:1 212:1 213:1
    214:1 215:1 216:1
    217:1 218:1 219:1
    220:1 221:1 222:1
    223:1 224:1 225:1
    226:1,12 227:1
    228:1 229:1 230:1
    231:1 232:1 233:9
    233:18 234:12

_____

**T**

t (4) 233:3 234:3,3
    235:9
table (1) 179:22
take (9) 177:4
    196:15 203:13
    207:3,4 213:20
    219:12 224:17
    227:21
taken (4) 172:12
    180:23 219:17
    233:10
talk (2) 184:15
    207:21
talking (2) 178:12
    193:23
talks (1) 231:20
tape (3) 219:14,18
    232:3
tech (1) 186:2
technologies (1)
    189:8
telephone (1)
    184:11
television (1) 202:8
tell (4) 188:25

Syed Doha

2/2

192:7 209:17
230:22
tells (1) 189:3
template (1) 175:8
tend (1) 184:15
tendencies (2)
184:10,14
term (1) 177:3
terminate (1)
188:18
terminated (2)
183:12 187:13
terminologies (1)
230:7
terms (4) 174:24
176:3 197:14,17
testified (2) 198:15
226:20
testify (1) 212:6
testimony (24)
174:15 176:10
177:25 180:4,8,18
180:25 181:5
182:15 183:21
186:12 192:3,21
193:4 194:11
195:10,16 199:10
201:3 214:14
217:4 218:22
233:10 234:15
thank (6) 180:23
196:19 227:8
229:22 231:25
232:2
thats (27) 179:3
180:21 186:21
191:3,16,16
195:20 196:6
199:13 207:9,9
208:20 209:4
211:24 214:21
219:24 220:10,10
220:20,22 227:19
228:21,21 229:2
229:19 230:13

231:24
thing (1) 203:15
things (4) 179:3
188:3 212:11,25
think (27) 175:17
175:24 182:16
187:23 188:19
191:12 192:24
193:16 194:12,21
198:8 202:16,17
203:16 207:6,6
208:10,15 209:13
211:17 216:16,17
216:21 218:25
219:8 221:4 222:5
thinking (2) 201:2
203:20
thinks (1) 217:13
third (4) 173:6
178:21 206:3
208:20
thoroughly (1)
197:21
thought (1) 198:19
three (2) 201:20
207:7
thursday (1)
171:20
time (30) 174:4
181:23 184:5
185:22 186:14,18
191:12 198:19
205:6 209:22
211:13 219:15,19
222:13 223:23
224:4,17 226:2,22
227:20 228:12,24
229:10,12 230:13
231:5,13 232:5,6
232:8
times (1) 191:6
timing (1) 208:8
toby (1) 172:13
today (11) 174:15
177:25 180:4

182:23 194:7
197:7 198:3
203:18 206:23
216:8 228:18
todays (1) 232:4
told (8) 188:21
212:7,22 213:7,11
213:14 214:3
219:3
total (1) 232:5
transcript (3)
198:23 233:10,12
transcripts (1)
212:13
transition (1)
231:15
transitioning (1)
231:6
travel (1) 191:23
traveled (1) 193:20
traveling (2)
190:16 195:15
tribeca (1) 201:25
trip (5) 179:13
188:2 192:7,25
195:11
true (4) 212:21
233:12,15 234:14
trust (7) 191:15
194:10 196:22
197:9,24 198:5
210:5
trusted (2) 188:11
210:4
truthful (2) 174:15
218:23
try (5) 177:25
179:16,17 180:3
184:15
trying (7) 176:3
178:16 203:21
210:2 214:6
218:20,23
turned (3) 176:24
202:11 203:25

tv (1) 188:5
two (11) 175:23
178:13 201:18
202:16 206:23
209:13 219:19
222:17 228:7
230:25 232:4

### U

uhhuh (3) 190:2
223:18 224:12
umm (1) 206:20
unable (1) 178:18
unbelievable (2)
197:13,23
unclear (1) 191:19
understand (16)
176:8 178:10,11
179:22 180:3
181:4 189:11
192:3,21 193:10
195:9 197:18
201:14 211:20
222:8,9
understanding (1...
177:14 182:5
188:10 196:9
201:6,10 224:5
225:4,14 231:13
understood (1)
199:11
unfair (1) 197:25
united (1) 171:3
unknown (2) 177:3
227:11
use (5) 174:12
185:20,21 216:14
219:24
usually (1) 177:10

### V

valuable (4) 202:9
210:24 215:16
217:14
valuation (2) 199:4
229:10

verizon (2) 185:4,5
video (3) 171:11
173:24 230:18
videographer (4)
174:2 219:14,18
232:3
videotaped (3)
171:19 172:11
174:3
view (2) 178:23
211:14
violate (2) 187:22
196:10
violated (1) 198:4

### W

w (1) 233:3
want (20) 176:5
177:25 178:10
180:3,7 191:19
194:6 199:14
200:7,12 201:5
207:2,10 209:14
214:8,11 227:17
227:20 228:14,23
wanted (8) 175:8
188:18 190:8
212:8,9,17,22,23
wants (1) 227:25
warner (4) 202:8
211:6 212:2
213:17
washington (1)
173:7
wasnt (1) 198:17
way (13) 175:20
179:21 180:14
181:21 190:19
193:25 194:2
199:5 212:17
214:8 216:24
229:16 234:18
ways (2) 197:8
198:4
weekend (2) 183:6
189:16

Syed Doha                                                    2/28/2013

**weinstein (10)**
177:7,12 178:24
179:7,11 181:4
201:24,25 207:17
208:25
**weve (1)** 222:18
**wheeler (1)** 189:5
**whereof (1)** 234:20
**whp (1)** 171:8
**wife (1)** 220:4
**witness (8)** 174:5
192:13 193:6
200:22 232:2
234:12,20 235:4
**witnesss (1)** 218:22
**wonderful (1)**
227:10
**word (4)** 177:5,13
214:10 216:15
**work (9)** 183:6
185:16 186:13
189:7,18 199:23
199:23 214:8,15
**worked (1)** 178:25
**works (2)** 177:15
229:12
**world (5)** 177:9
182:6,6 191:11
213:18
**wors (19)** 173:4,8
174:7 179:20
192:10 195:22
203:15 208:4,9
209:13 219:12
221:17 227:23
228:2,4,7 231:24
232:2 235:6
**wouldnt (2)** 216:22
227:16
**wow (1)** 210:20
**write (1)** 220:15
**writes (1)** 229:4
**writing (1)** 189:7
**written (3)** 176:7
180:5 195:24

**wrong (2)** 174:25
216:17
**wrote (2)** 196:7
226:9

─────── **X** ───────

**x (4)** 171:4,16
235:3,9

─────── **Y** ───────

**yeah (5)** 175:14
176:15 208:17
220:23 223:5
**years (2)** 178:13
209:13
**yesterday (22)**
174:11,17 176:6
176:11,15,19
181:10 183:3,11
189:14 196:20,23
197:8 198:3,15
199:10 200:5,9
201:11,13 203:7
204:11
**yesterdays (1)**
176:2
**york (31)** 171:3,13
171:21,21 172:14
172:14,16 173:17
173:17 183:6
188:2 189:16
190:11,16,20
191:14,24 192:8
192:19,25 194:16
194:19 195:7
230:21 231:5,22
233:5,6 234:5,6
234:11
**youd (1)** 222:11
**youre (11)** 179:20
186:2 193:12
199:24 200:11
202:19 203:2
208:2 209:18
213:5,7
**youve (4)** 200:7

201:12 220:7
228:9

─────── **Z** ───────

─────── **0** ───────

**000 (7)** 190:16
195:15 224:8,14
224:20 225:3,6
**000mile (2)** 192:7
192:25
**0108 (1)** 184:23

─────── **1** ───────

**1 (5)** 188:13 189:22
221:9 224:11
225:14
**10 (2)** 207:4,10
**10110 (1)** 173:17
**10119 (1)** 172:14
**11 (2)** 172:7 174:5
**110 (1)** 171:14
**12 (5)** 219:15,19
229:9 232:7,8
**1201 (1)** 173:6
**12cv1991 (1)** 171:8
**1600 (1)** 173:6
**174 (1)** 235:6
**18 (2)** 172:7 174:5

─────── **2** ───────

**2 (4)** 189:24 198:11
224:7,11
**2010 (7)** 192:2
210:20 215:24
216:3 226:6 229:4
230:4
**2011 (3)** 184:25
185:17 189:16
**2013 (6)** 171:20
172:7 174:4
233:11,21 234:21
**206 (2)** 173:9,10
**221 (1)** 235:13
**23 (3)** 215:24 216:3
232:6

**24 (1)** 229:4
**26 (1)** 219:15
**274 (2)** 173:9,10
**28 (5)** 171:20 172:7
174:4 226:6
233:11
**2800 (1)** 173:9
**2801 (1)** 173:10
**28th (3)** 186:20,24
187:8

─────── **3** ───────

**3 (8)** 190:16 192:7
192:25 195:15
222:11,21,24
223:14
**30 (1)** 171:19
**300 (1)** 188:5

─────── **4** ───────

**4 (3)** 221:20,25
235:13
**41 (1)** 219:19
**451 (2)** 173:19,20
**4510 (1)** 172:14

─────── **5** ───────

**5 (2)** 221:9 225:14
**500 (6)** 173:16
224:8,14,20 225:3
225:6
**56 (2)** 232:7,8

─────── **6** ───────

**6 (3)** 171:19 196:24
224:7
**6percent (1)** 224:14

─────── **7** ───────

**750 (1)** 184:23

─────── **8** ───────

**8412 (1)** 173:19
**8629 (1)** 173:20

─────── **9** ───────

**917 (1)** 184:23

**973 (2)** 173:19,20
**98101 (1)** 173:7